# EXHIBIT A



More Information | Privacy & Security | Home



# National Do Not Call Registry

**En Español**



**Report Unwanted Calls**



**Verify Your Registration**



**Register Your Phone**

## The National Do Not Call Registry
gives you a choice about whether to receive telemarketing calls

- You can **register** your home or mobile phone for **free**.

- After you register, **other types of organizations may still call you**, such as charities, political groups, debt collectors and surveys. To learn more, read our **FAQs.**

- If you received an unwanted call after your number was on the National Registry for 31 days, **report it to the FTC**.

**Sellers and telemarketers:**
Go to https://telemarketing.donotcall.gov to access the National Do Not Call Registry.

Back to ftc.gov | Privacy Policy

 

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

Back to ftc.

More Information | Privacy & Security | Home



## National Do Not Call Registry   En Español

### VERIFY YOUR REGISTRATION

You can verify if and when your phone number was registered.

Follow the verification steps below.

1. Enter up to three phone numbers and your email address. Click Submit
2. Check whether the information is correct.
3. Receive an email with the verification information.

## STEP 1 OF 3

| | |
|---|---|
| Phone Number: *Please enter only numbers in Phone Number field.* | 202 8063 |
| | 202 8063 |
| | 202 8063 |
| Email Address: | nobetzo@gmail.com |

SUBMIT

Your email address MUST be correct to process your verification. Learn why your email address is required. If you do not receive the verification email within a few minutes, please check your spam filter or junk email folder.

Please enter only numbers in Phone Number field.

Back to ftc.gov | Privacy Policy

9/18/2017                                    National Do Not Call Registry



FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Back to ftc.

More Information | Privacy & Security | Home



## National Do Not Call Registry          En Español



**VERIFY YOUR REGISTRATION**

### STEP 2 OF 3

## Make Sure Your Information is Correct

Please check your phone number(s) and email address below. If they are correct,
click Verify to continue. To make a correction, click Change.

Your email address MUST be correct to verify your registration.

| | |
|---|---|
| Phone Number: | **202** **8063** |
| | **202** **8063** |
| | **202** **8063** |
| Email Address: | **nobetzo@gmail.com** |

( VERIFY )   ( CHANGE )

Back to ftc.gov | Privacy Policy

National Do Not Call Registry



More Information | Privacy & Security | Home

 **National Do Not Call Registry**          En Español

 **VERIFY YOUR REGISTRATION**          

### STEP 3 OF 3

## Receive an Email

You should receive an email from Verify@donotcall.gov within a few minutes.

If your phone number is registered, the email will tell you the date of registration. If your phone number is not registered and you want it to be, use this Web site.

You can close this browser window when completing the verification process.

Back to ftc.gov | Privacy Policy

 Gmail

**N B <nobetzo@gmail.com>**

---

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

---

**Verify@donotcall.gov <Verify@donotcall.gov>**                    Mon, Sep 18, 2017 at 6:45 PM
To: nobetzo@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8063 on April 22, 2012. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.