# EXHIBIT B

**+12126618899**





occasional text messages from AUA. If you changed your mind, text "unsub" to get updates the old way.

🔒 3:28 PM

Hello, my name is Claire Guerre and I'm with AUA - American University of Antigua College of Medicine. I'd love to discuss your interest in our program and answer any questions you might have. Shall we schedule a call or do you prefer to text ?
You'll now receive occasional text messages. If you cha

 VIEW ALL   ›

🔒 3:30 PM

 Enter message    

  66% 10:48 AM

< **+12126618899**

Monday, October 15, 2018

 You'll now receive occasional text messages from AUA. If you changed your mind, text "unsub" to get updates the old way.

🔒 3:28 PM

 Hello, my name is Claire Guerre and I'm with AUA - American University of Antigua College of Medicine. I'd love to discuss your interest in our program and answer any questions you might have. Shall we schedule a call or do you prefer to text ?
You'll now receive occasional text messages. If vou cha

✐ Enter message                     

 

**+12126618899**

Mon, Oct 15, 2018 3:30 PM 

Hello, my name is Claire Guerre and I'm with AUA - American University of Antigua College of Medicine. I'd love to discuss your interest in our program and answer any questions you might have. Shall we schedule a call or do you prefer to text ?
You'll now receive occasional text messages. If you changed your mind, text "unsub" to get updates the old way.



SHARE ⋮

# 1 917-940-4025

Add tag ✐

Phone
## 1 917-940-4025

Today 2:16 PM
Rejected call

Yesterday 3:12 PM
Received message
19179404025 This person called,...

Yesterday 3:12 PM
Rejected call

+ Create contact   Update existing   Block number





   .ııl 92% 📶 2:22 PM

**‹ 19179404025** 📞 ⋮

Thursday, October 18, 2018

 19179404025
This person called,
but left an empty
message.
Listen to voice
message:
14694271072

1:45 PM

 19179404025
This person called,
but left an empty
message.
Listen to voice
message:
14694271073

3:12 PM

📎 Enter message  

‹   **1 917-940-4025**              **DELETE**

**TODAY**

📞 **2:16 PM**
Rejected call

**YESTERDAY**

📞 **3:12 PM**
Rejected call

📞 **1:44 PM**
Rejected call

**Me**        **PICTURES**

Monday, December 10, 2018
**+12126618899**

occasional text
messages from AUA.
If you changed your
mind, text "unsub" to
get updates the old
way.      🔒 3:28 PM

Hello, my name is Claire
Guerre and I'm with AUA
- American University
of Antigua College of
Medicine. I'd love to
discuss your interest in
our program and answer
any questions you might
have. Shall we schedule
a call or do you prefer to
text ?
You'll now receive occa-
sional text messages. If
you cha

💬 VIEW ALL    ›    🔒 3:30 PM



✎ Enter message    Save    Share

Monday, October 15, 2018

You'll now receive occasional text messages from AUA. If you changed your mind, text "unsub" to get updates the old way.

3:28 PM

Hello, my name is Claire Guerre and I'm with AUA - American University of Antigua College of Medicine. I'd love to discuss your interest in our program and answer any questions you might have. Shall we schedule a call or do you prefer to text ?
You'll now receive occasional text messages. If you cha

Enter Save Message    Share





Me

Monday, December 10, 2018
**+12126618899**

PICTURES

Mon, Oct 15, 2018 3:30 PM

Hello, my name is Claire Guerre and I'm with AUA - American University of Antigua College of Medicine. I'd love to discuss your interest in our program and answer any questions you might have. Shall we schedule a call or do you prefer to text ?
You'll now receive occasional text messages. If you changed your mind, text "unsub" to get updates the old way.

Save

Share



**< +19179404025**

Thursday, October 18, 2018



19179404025
This person called,
but left an empty
message.
Listen to voice
message:
14694271072

1:45 PM

19179404025
This person called,
but left an empty
message.
Listen to voice
message:
14694271073

3:12 PM

 Enter message

 SEND

37% 2:46 PM

← 1 917-940-4025          DELETE

**TODAY**

📞 2:16 PM
Rejected call

**YESTERDAY**

📞 3:12 PM
Rejected call

📞 1:44 PM
Rejected call



ected call

Yesterday 3:12 PM
Received message
19179404025 This person called,...

Yesterday 3:12 PM
Rejected call

Yesterday 1:45 PM
Received message
19179404025 This person called,...

Yesterday 1:44 PM
Rejected call

Create contact   Update existing   Block number

SHARE



**1 917-940-4025**

Add tag

Phone

1 917-940-4025



📞 Today 2:16 PM
Rejected call

💬 Yesterday 3:12 PM
Received message
19179404025 This person called,...

📞 Yesterday 3:12 PM
Rejected call

＋
Create contact   Update existing   Block number





4:53 PM

Search 🎤

**RECENTS**   CONTACTS

1 646-790-4159
New York   9:39 AM

**NOVEMBER 20, 2018**







