# EXHIBIT C

FCC Home    Help Center Home

Sign in    Check Status

# Consumer Help Center

Phone

## Rules and Resources for Dealing with Unwanted Calls and Texts

**File a Complaint**

The Federal Communications Commission plays a crucial role in helping consumers stop unwanted calls and text messages. Under the Telephone Consumer Protection Act, the FCC provides clarity on the law, sets rules, takes enforcement actions, and provides resources for consumers.

**Know Your Rights: The Rules on Robocalls and Robotexts**

- Telemarketing calls can be stopped by consumers through the Do Not Call registry which protects both landline and wireless phones.
- All non-emergency robocalls, both telemarketing and informational, require a consumer's permission to be made to a wireless phone. These calls can include political, polling, and other non-telemarketing robocalls.
- Robocalls either use a technology with the capacity to autodial or utilize a pre-recorded or artificial voice.
- Calls and text messages have the same protection under FCC rules.
- Phone companies face no legal barriers to offering consumers the use of technologies that block robocalls to any phone. The FCC encouraged the companies to offer this resource.
- Consumers can take back their permission to be called or texted in any reasonable way. A calling company cannot require someone to fill out a form and mail it in as the only way to revoke consent.
- An existing commercial relationship does not constitute permission to be robocalled or texted.
- Consent to be called or texted cannot be a condition of a sale or other commercial transaction.
- Callers are allowed to call a wrong number only once before updating their list. This most commonly comes up when one person consented to be called or texted but then they gave up that number and it was reassigned to someone else. Callers have resources available to them to help them know ahead of time if a number's "owner" has changed.

9/20/2016    Case 1:19-cv-00240-CRC   Document 1-3   Filed 01/29/19   Page 3 of 8
Rules and Resources for Dealing with Unwanted Calls and Texts – FCC Complaints

FCC Home    Help Center Home

- Congress gave consumers a private right of action against callers that violate the TCPA. The Commission has also enforces the rules proactively, often stemming from consumer complaints.

**Take Action: Consumer Resources**

- Ask your phone company to offer robocall-blocking technology for which the FCC has now given the legal approval.
- Register your number on the Do Not Call list in order to block telemarketing calls: www.donotcall.gov
- If you use robocall-blocking technology already, it often helps to let that company know which numbers are producing unwanted calls so they can help block those calls for you and others.
- Tell unwanted callers that you do not consent to the call, make a record of the number and when you made your request not to be called, and let us know.
- Wireless and landline home phones are protected against telemarketing robocalls made without prior *written* consent from the recipient.
- Congress also explicitly empowered consumers to choose to take legal action.

**Filing a complaint**

Consumers can file complaints with the FCC. Consumer complaints to the FCC are used as an important resource in our analysis of trends, in possible investigations, and in guiding enforcement efforts.

- File a complaint online
- By phone: 1-888-CALL-FCC (1-888-225-5322); TTY: 1-888-TELL-FCC (1-888-835-5322); ASL Videophone: 1-844-432-2275
- By mail (please include your name, address, contact information and as much detail about your complaint as possible):
    Federal Communications Commission
    Consumer and Governmental Affairs Bureau
    Consumer Inquiries and Complaints Division
    445 12th Street, S.W.
    Washington, DC 20554

**More information for schools**

For schools who have questions about compliance with the Commission's robocalls rules, please contact Richard.Smith@fcc.gov.

**Accessible formats**

9/20/2016     Case 1:19-cv-00240-CRC Document 1-3 Filed 01/29/19 Page 4 of 8
Rules and Resources for Dealing with Unwanted Calls and Texts – FCC Complaints

FCC Home    Help Center Home

**Download a printable version of this guide**

- robocalls-06-18-15.pdf (100 KB)

Search the Help Center      Search

# Related articles

Unwanted Telemarketing Calls and the National Do-Not-Call List

Spoofing and Caller ID

Filing a Complaint Questions and Answers

Rules and Resources for Dealing with Unwanted Texts and Calls

Data on Unwanted Calls

*Federal Communications Commission*
*445 12th Street SW*
*Washington, DC 20554*

Phone: 1-888-225-5322
TTY: 1-888-835-5322
Videophone: 1-844-432-2275
Fax: 1-866-418-0232
Contact Us
Privacy Policy
Moderation Policy
Website Policies & Notices
Browser Compatibility
FOIA
No Fear Act Data
FCC Digital Strategy
Open Government Directive
Plain Writing Act
2009 Recovery and Reinvestment Act
RSS Feeds & Email Updates
Disability Rights

Powered by Zendesk



**Federal Communications Commission**

Home / For Consumers /

# Stop Unwanted Calls, Texts and Faxes

Español (/consumers/guides/evite-llamadas-textos-y-faxes-no-solicitados)

Under the Telephone Consumer Protection Act, the Federal Communications Commission plays a crucial role in helping consumers stop unwanted calls, text messages and faxes. FCC rules address unsolicited telephone marketing calls – including those using automated and prerecorded messages.

FCC rules under TCPA:

- Require anyone making a telephone solicitation call to your home to provide his or her name, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which that person or entity can be contacted.
- Prohibit telephone solicitation calls to your home before 8 am or after 9 pm.
- Require telemarketers to comply immediately with any do-not-call request you make during a call.

Click the tabs below for more information and FAQs.

Robocalls    Do Not Call List    Spam    Junk Faxes    File a Complaint



## Robocalls

Robocalls are unsolicited prerecorded telemarketing calls to landline home telephones, and all autodialed or prerecorded calls or text messages to wireless numbers, emergency numbers, and patient rooms at health care facilities. Under the Telephone Consumer Protection Act, FCC rules limit many types of robocalls, though some calls are permissible if prior consent is given. Rules differ between landline and wireless phones.

### Rules on Robocalls and Robotexts

### Take Action: What You Can Do

## **Frequently Asked Questions**

**Know your rights: the rules on robocalls and robotexts**

- Telemarketing calls can be stopped by consumers through the Do Not Call registry (http://www.donotcall.gov) which protects both landline and wireless phones.
- All non-emergency robocalls, both telemarketing and informational, require a consumer's permission to be made to a wireless phone. These calls can include political, polling, and other non-telemarketing robocalls.
- Robocalls either use a technology with the capacity to autodial or utilize a pre-recorded or artificial voice.
- Calls and text messages have the same protection under FCC rules.
- Phone companies face no legal barriers to offering consumers the use of technologies that block robocalls to any phone. The FCC encouraged the companies to offer this resource.
- Consumers can take back their permission to be called or texted in any reasonable way. A calling company cannot require someone to fill out a form and mail it in as the only way to revoke consent.
- An existing commercial relationship does not constitute permission to be robocalled or texted.
- Consent to be called or texted cannot be a condition of a sale or other commercial transaction.
- Callers are allowed to call a wrong number only once before updating their list. This most commonly comes up when one person consented to be called or texted but then they gave up that number and it was reassigned to someone else. Callers have resources available to them to help them know ahead of time if a number's "owner" has changed.
- Urgent calls or texts specifically for health or fraud alerts may be allowed without prior consent. They must be free, and consumers can say "stop" at any time.
- Congress gave consumers a private right of action against callers that violate the TCPA. The Commission has also enforces the rules proactively, often stemming from consumer complaints.

Back to Top

**Take action: what you can do**

- Ask your phone company to offer robocall-blocking technology for which the FCC has now given the legal approval.

- Register your number on the Do Not Call list in order to block telemarketing calls: www.donotcall.gov (http://www.donotcall.gov)
- If you use robocall-blocking technology already, it often helps to let that company know which numbers are producing unwanted calls so they can help block those calls for you and others.
- Tell unwanted callers that you do not consent to the call, make a record of the number and when you made your request not to be called, and let us know.
- Wireless and landline home phones are protected against telemarketing robocalls made without prior *written* consent from the recipient.
- Congress also explicitly empowered consumers to choose to take legal action.

Back to Top

**FAQs**

**What are the rules for robocalls?**

FCC rules require a business to obtain your written consent – on paper or through electronic means, including website forms, a telephone keypress – or a recording of your oral consent before it may make a prerecorded telemarketing call to your residential phone number or make an autodialed or prerecorded telemarketing call or text to your wireless number.

**What are the consent requirements for telemarketers calling my landline?**

Businesses must have your prior express written consent before making telemarketing robocalls. Telemarketers are no longer able to make telemarketing robocalls to your landline home telephone based solely on an "established business relationship" that you may have established when purchasing something from a business or contacting the business to ask questions.

**Are robocalls to wireless phones permissible?**

Your written or oral consent is required for ALL autodialed or prerecorded calls or texts made to your wireless number. Telemarketers have never been permitted to make robocalls to your wireless phone based solely on an "established business relationship" with you.

**Do all prerecorded autodialed calls to my landline violate FCC rules?**

Not always. Informational messages such as school closings or flight information are permissible without prior written consent.

**What other autodialed calls are permitted under FCC robocall rules?**

Market research or polling calls to residential wireline numbers are not restricted by FCC rules, nor are calls on behalf of tax-exempt non-profit groups. The rules do require all prerecorded calls, including market research or polling calls, to identify the caller at the beginning of the message and include a contact phone number. All autodialed or prerecorded non-emergency calls to wireless phones are prohibited without prior expressed consent, regardless of the call's content.

### Can I opt out of autodialed calls?

FCC rules require telemarketers to allow you to opt out of receiving additional telemarketing robocalls immediately during a prerecorded telemarketing call through an automated menu. The opt-out mechanism must be announced at the outset of the message and must be available throughout the duration of the call.

### How can schools get more information about compliance?

For schools who have questions about compliance with the Commission's robocalls rules, please contact Richard.Smith@fcc.gov (mailto:Richard.Smith@fcc.gov)

Back to Top

Next »

To request this article in an accessible format - braille, large print, Word or text document or audio - write or call us at the address or phone number above, or send an email to fcc504@fcc.gov (mailto:fcc504@fcc.gov).

**Date Last Updated/Reviewed:**
Tuesday, August 16, 2016

**Bureau/Office:**
Consumer and Governmental Affairs (https://www.fcc.gov/consumer-governmental-affairs)

**Tags:**
Consumers (/tags/consumers) - Do-not-call (/tags/do-not-call-0) - Junk Faxes (/tags/junk-faxes-0) - Robocall (/tags/robocall) - Telephone Consumer Issues (/tags/telephone-consumer-issues) - Telephone Consumer Protection Act (TCPA) (/tags/telephone-consumer-protection-act-tcpa)