IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAEEM BETZ

    Pro Se, Plaintiff

            vs.

MANIPAL EDUCATION AMERICAS, LLC *et al.*

    Defendants, Respondents

Case: 1:19-cv-00240   (F-DECK)
Assigned To : Cooper, Christopher R.
Assign. Date : 1/29/2019
Description: Po Se Gen. Civil  (JURY)

## PLAINTIFF'S MOTION FOR LEAVE FOR PERMISSION TO ACCESS CASE MANAGEMENT / ELECTRONIC CASE FILING SYSTEM CM/ECF

Pursuant to the Federal Rules of Civil Procedure 5(d)(2)(3) and the Local Rules of this Court LCvR 5.4 (b)(2), as the (Plaintiff Naeem Betz) in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I am currently participating in CM/ECF system, I have a user id and password. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

4. A computer with internet access;

5. An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

6. A scanner to convert documents that are only in paper format into electronic files;

7. A printer or copier to create to create required paper copies such as chambers copies;

8. A word-processing program to create documents; and

9. A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

**Wherefore,** pro se litigant respectfully requests that the court grant leave to file electronically. Plaintiff Na'eem Betz certifies that I have completed all tutorial training related to the (cm/ecf) case management electronic case file system. Plaintiff briefly in the past has met with Ms. Tiffany N. Gough the operations analyst / ecf coordinator.

A. GRANT THE MOTION TO OBTAIN NEW CM / ECF LOGIN AND PASSWORD;

B. GRANT SUCH OTHER RELIEF AS IS EQUITABLE AND JUST.

Respectfully submitted this 29th day of January, 2019.

X _Na'eem O Betz_
Pro Se, Plaintiff Na'eem Betz
ALL RIGHTS RESERVED

## CONCLUSION

**Wherefore** the reasons identified above, Plaintiff Naeem Betz requests that the Court **Grant** PLAINTIFF'S MOTION FOR LEAVE FOR PERMISSION TO ACCESS CASE MANAGEMENT / ELECTRONIC CASE FILING SYSTEM CM/ECF pursuant to the Fed. R. Civ. P. 5(d)(2)(3) and Local Rules of this Court LCvR 5.4 (b)(2).

## [CERTIFICATE OF SERVICE]

I HEREBY CERTIFY that on the 29th day of January, 2019, I filed the foregoing with the D.C. Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

**Manipal Education Americas, LLC**
One Battery Park Plaza, 33rd Floor
New York, NY 10004

**American University of Antigua-College of Medicine, "AUA"**
One Battery Park Plaza, 33rd Floor
New York, NY 10004
**https://www.auamed.org/**

*Lead Attorney to be noticed for Defendants*

Mr. Naeem Betz
4244 Hildreth St. SE
Washington, DC, 20019
nobetzo@gmail.com

*Pro se Plaintiff*

P.O. BOX 15714
WASHINGTON, D.C. 20003

X *Na'eem O Betz*
Pro Se, Plaintiff Naeem Betz
ALL RIGHTS RESERVED