CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

NAEEM BETZ
    Plaintiff(s)

vs.

Civil Action No. **1:19-cv-00240**

MANIPAL EDUCATION AMERICAS, LLC et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Plaintiff Na'eem Betz, hereby state that:

On the **29th** day of **January**, **2019**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> MANIPAL EDUCATION AMERICAS, LLC
> ONE BATTERY PARK PLAZA, 33RD FLOOR
> NEW YORK, NY 10004

I have received the receipt for the certified mail, No. **70183090000091969547** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **31st** day of **January**, **2019**. See attached "EXHIBIT D"

I declare under penalty of perjury that the foregoing is true and correct.

02 / 05 / 2019
(Date)

*Na'eem O Betz*
(Signature)

# EXHIBIT D

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

Remove ✕

**Tracking Number:** 70183090000091969547

**Expected Delivery by**

**THURSDAY**
**31** JANUARY 2019 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

January 31, 2019 at 2:55 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10004

Get Updates ˅

Feedback 

---

**Text & Email Updates** ˅

---

**Return Receipt Electronic** ˄

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

nobetzo@gmail.com

---

**Tracking History** ˅

---

**Product Information** ˅

 Gmail     N B <nobetzo@gmail.com>

## USPS Return Receipt (Electronic) Info for 70183090000091969547
1 message

**auto-reply@usps.com** <auto-reply@usps.com>     Tue, Feb 5, 2019 at 9:29 AM
To: nobetzo@gmail.com

 Tracking Number: 70183090000091969547

**Hello NAEEM BETZ,**

**Thank you for using USPS.com.**

This is a post-only message. Please do not respond.

Tracking Number: 70183090000091969547

Service Type: Priority Mail®

Thank you for requesting a Return Receipt (Electronic) letter on your shipment.

Your Return Receipt (Electronic) letter is included in a PDF file attached to this email. You will need Adobe Acrobat Reader software to view the PDF file. Download Adobe Acrobat Reader for free by going to http://www.adobe.com/products/acrobat/readstep2.html.

If you have additional questions on USPS Tracking® services and features or if you have difficulties viewing the attached file, please visit the Frequently Asked Questions (FAQs) section of our USPS Tracking® site at http://www.usps.com/shipping/uspstrackingfaqs.htm for more information.

Attachment: Return Receipt (Electronic) letter (PDF)

--------------------------------------------------------------------------------

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking&#0153 by texting your tracking number to 28777 (2USPS&#0153) or selecting the Text Update option on our USPS Tracking® site. Standard Message and Data Rates may apply.
For more information go to https://www.usps.com/text-tracking/welcome.htm



February 5, 2019

Dear NAEEM BETZ:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0000 9196 9547**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 31, 2019, 2:55 pm |
| **Location:** | NEW YORK, NY 10004 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[signature]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004