CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

NAEEM  BETZ
     Plaintiff(s)

Civil Action No. **1:19-cv-00240**

vs.

MANIPAL EDUCATION AMERICAS, LLC et al.
     Defendant(s)

### AFFIDAVIT OF MAILING

I, <u>Plaintiff  Na'eem Betz</u>, hereby state that:

On the <u>29th</u> day of <u>January</u>, <u>2019</u>, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

AMERICAN UNIVERSITY OF ANTIGUA-COLLEGE OF MEDICINE, "AUA"
ONE BATTERY PARK PLAZA, 33RD FLOOR
NEW YORK, NY 10004

I have received the receipt for the certified mail, No. <u>70183090000091969554</u> (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the <u>4th</u> day of <u>February</u>, <u>2019</u>. See attached "EXHIBIT E"

I declare under penalty of perjury that the foregoing is true and correct.

<u>02 / 05 / 2019</u>
(Date)

*Na'eem O Betz*
(Signature)

# EXHIBIT E

USPS.com® - USPS Tracking® Results

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 70183090000091969554                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 3:03 pm on February 4, 2019 in NEW YORK, NY 10004.

## ✓ Delivered

February 4, 2019 at 3:03 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10004

Get Updates ⌄

Feedback

---

**Text & Email Updates**                                          ⌄

---

**Return Receipt Electronic**                                     ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

nobetzo@gmail.com

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃



N B <nobetzo@gmail.com>

---

## USPS Return Receipt (Electronic) Info for 70183090000091969554
1 message

---

**auto-reply@usps.com** <auto-reply@usps.com>                                        Tue, Feb 5, 2019 at 9:31 AM
To: nobetzo@gmail.com

    Tracking Number: 70183090000091969554

---

**Hello NAEEM BETZ,**

**Thank you for using USPS.com.**

This is a post-only message. Please do not respond.

Tracking Number: 70183090000091969554

Service Type: Priority Mail$^®$

Thank you for requesting a Return Receipt (Electronic) letter on your shipment.

Your Return Receipt (Electronic) letter is included in a PDF file attached to this email. You will need Adobe Acrobat Reader software to view the PDF file. Download Adobe Acrobat Reader for free by going to http://www.adobe.com/products/acrobat/readstep2.html.

If you have additional questions on USPS Tracking$^®$ services and features or if you have difficulties viewing the attached file, please visit the Frequently Asked Questions (FAQs) section of our USPS Tracking$^®$ site at http://www.usps.com/shipping/uspstrackingfaqs.htm for more information.

Attachment: Return Receipt (Electronic) letter (PDF)

--------------------------------------------------------------------------------

Results provided by the U.S. Postal Service.

Want to Track on the go?
You can track your packages using USPS Text Tracking&#0153 by texting your tracking number to 28777 (2USPS&#0153) or selecting the Text Update option on our USPS Tracking$^®$ site. Standard Message and Data Rates may apply.
For more information go to https://www.usps.com/text-tracking/welcome.htm


**UNITED STATES**
*POSTAL SERVICE*

February 5, 2019

Dear NAEEM BETZ:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 3090 0000 9196 9554**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | February 4, 2019, 3:03 pm |
| **Location:** | NEW YORK, NY 10004 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

| Recipient Signature | |
|---|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004