IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAEEM BETZ,<br><br>        Plaintiff,<br><br>        v.<br><br>MANIPAL EDUCATION AMERICAS, LLC<br>and AMERICAN UNIVERSITY OF<br>ANTIGUA – COLLEGE OF MEDICINE,<br><br>        Defendants. | Case No. 1:19-cv-00240-CRC |

## DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT

Defendants Manipal Education Americas, LLC ("Manipal") and American University of Antigua – College of Medicine ("AUA"), by the undersigned counsel, hereby make a special appearance for the limited purpose of seeking an extension of the date by which Manipal and AUA must answer or otherwise respond to Plaintiff's Verified Complaint. Plaintiff, proceeding *pro se*, has consented to the requested relief as indicated below.

### *Manipal Education Americas, LLC*

In support of this motion, Manipal states as follows:

On January 29, 2019, Plaintiff Naeem Betz filed a Verified Complaint against Manipal.

On January 31, 2019, a copy of the summons and Verified Complaint were delivered via certified mail to Manipal's offices at One Battery Park Plaza, 33rd Floor, New York, New York 10004.[1] According to Plaintiff's Affidavit of Service, the summons addressed to Manipal and

---

[1] *See* Affidavit of Mailing, at 1, ECF No. 4.

Verified Complaint were delivered on January 31, 2019, to someone at the front desk or in the mail room.[2]

Based upon Plaintiff's claim of good service of process made on Manipal by certified mail on January 31, 2019, under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Manipal would be required to answer or otherwise respond to the Verified Complaint within twenty-one days of service or by Thursday, February 21, 2019.

### *American University of Antigua – College of Medicine*

In support of this motion, AUA states as follows:

On January 29, 2019, Plaintiff Naeem Betz filed a Verified Complaint against AUA.

On January 31, 2019, a copy of the summons and Verified Complaint were delivered via certified mail to AUA's offices at One Battery Park Plaza, 33rd Floor, New York, New York 10004.[3] According to Plaintiff's Affidavit of Service, the summons addressed to AUA and Verified Complaint were delivered on February 4, 2019, to someone at the front desk or in the mail room.[4]

Based upon Plaintiff's claim of good service of process made on AUA by certified mail on February 4, 2019, under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, AUA would be required to answer or otherwise respond to the Verified Complaint within twenty-one days of service or by Monday, February 25, 2019.

### *Defendants Retain Ifrah PLLC*

On or about February 13, 2019, Defendants hired Ifrah PLLC to represent them in this case. Since on or about February 19, 2019 to the present, counsel for Defendants and Plaintiff

---

[2] *See id.* Ex. D, at 3
[3] *See id.* Ex. D, at 4
[4] *Id.*

Betz have been discussing a possible global settlement of all claims. The parties' discussions are ongoing and may well obviate the need for Manipal and AUA to file answers or otherwise respond to Plaintiff's Verified Complaint. For that reason, Defendants respectfully request that the Court extend their time for answering or otherwise responding to Plaintiff's Verified Complaint such that each Defendant's answer or other response will be due no later than **Thursday, March 7, 2019**.

On January 20, 2019, counsel for Defendants contacted Naeem Betz to ask whether he would consent to the requested relief. Mr. Betz consented to the requested relief. Neither the parties' nor the Court's schedule will be adversely impacted by the requested extension.

Dated: February 20, 2019

Respectfully submitted,

_____
Jeffrey R. Hamlin (D.C. Bar No. 478256)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
(202) 524-4143 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com

*Counsel for Defendants Manipal Education Americas, LLC, and American University of Antigua – College of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2019, I will electronically file **Defendants Manipal Education Americas, LLC and American University of Antigua – College of Medicine's Consent Motion for an Extension of Time to Answer or Respond to Plaintiff's Verified Complaint**, and **Proposed Order** using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

>   Naeem Betz, *pro se*
>   4244 Hildreth St. SE
>   Washington, DC 20019-9998
>   nobetzo@gmail.com

_____
Jeffrey R. Hamlin