IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAEEM BETZ,<br><br>             Plaintiff,<br><br>   v.<br><br>MANIPAL EDUCATION AMERICAS, LLC<br>and AMERICAN UNIVERSITY OF<br>ANTIGUA – COLLEGE OF MEDICINE,<br><br>             Defendants. | Case No. 1:19-cv-00240-CRC |

# [PROPOSED] ORDER

Having considered Defendants' Consent Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Verified Complaint, as well as the entire record in this matter, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and it is further

**ORDERED** that Defendant Manipal Education Americas, LLC, and Defendant American University of Antigua – College of Medicine each have up to and including **Thursday, March 7, 2019**, to answer or otherwise respond to Plaintiff's Verified Complaint.

Dated: February___, 2019

_____
Christopher R. Cooper
United States District Judge