IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAEEM BETZ,<br><br>    Plaintiff,<br><br>v.<br><br>MANIPAL EDUCATION AMERICAS, LLC<br>and AMERICAN UNIVERSITY OF<br>ANTIGUA – COLLEGE OF MEDICINE,<br><br>    Defendants. | Case No. 1:19-cv-00240-CRC |

## DEFENDANT MANIPAL EDUCATION AMERICAS, LLC'S
## FINANCIAL DISCLOSURE STATEMENT

Defendant Manipal Education Americas, LLC ("Manipal"), by counsel, hereby submits the following financial disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 26.1 of the Local Rules of the U.S. District Court for the District of Columbia:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Manipal is a non-publicly traded company organized under the laws of the State of New York. Manipal has no parent, subsidiary or affiliate which has any outstanding securities in the hands of the public. Manipal is wholly owned by Manipal Education Private Limited (Mauritius), a privately held corporation organized under the laws of Mauritius.

Dated: February 20, 2019                    Respectfully submitted,

                                                             _____
                                                             Jeffrey R. Hamlin (D.C. Bar No. 478256)
                                                             IFRAH PLLC
                                                             1717 Pennsylvania Ave. NW, Suite 650
                                                             Washington, DC 20006
                                                             (202) 524-4143 – Tel.
                                                             (202) 524-4141 – Fax
                                                             jhamlin@ifrahlaw.com

                                                             *Counsel for Defendant Manipal Education*
                                                             *Americas, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 20, 2019, I will electronically file **Defendant Manipal Education Americas, LLC's Financial Disclosure Statement** using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Naeem Betz, *pro se*
> 4244 Hildreth St. SE
> Washington, DC 20019-9998
> nobetzo@gmail.com

_____
Jeffrey R. Hamlin