IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAEEM BETZ,<br><br>    Plaintiff,<br><br>v.<br><br>MANIPAL EDUCATION AMERICAS, LLC<br>and AMERICAN UNIVERSITY OF<br>ANTIGUA – COLLEGE OF MEDICINE,<br><br>    Defendants. | Case No. 1:19-cv-00240-CRC |

## DEFENDANT AMERICAN UNIVERSITY OF ANTIGUA – COLLEGE OF MEDICINE'S FINANCIAL DISCLOSURE STATEMENT

Defendant American University of Antigua – College of Medicine ("AUA"), by counsel, hereby submits the following financial disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 26.1 of the Local Rules of the U.S. District Court for the District of Columbia.

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. AUA is a non-publicly traded company organized under the laws of the State of New York. AUA has no parent, subsidiary or affiliate which has any outstanding securities in the hands of the public. AUA is wholly owned by Manipal Education Americas, LLC, a privately held limited liability company organized under the laws of the State of New York.

2

Dated: February 20, 2019          Respectfully submitted,

_____
Jeffrey R. Hamlin (D.C. Bar No. 478256)
IFRAH PLLC
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
(202) 524-4143 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com

*Counsel for Defendant American University of Antigua – College of Medicine*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 20, 2019, I will electronically file **Defendant American University of Antigua – College of Medicine's Financial Disclosure Statement** using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following:

      Naeem Betz, *pro se*
      4244 Hildreth St. SE
      Washington, DC 20019-9998
      nobetzo@gmail.com

_____
Jeffrey R. Hamlin