**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NAEEM BETZ

    Pro Se, Plaintiff

        vs.                               Civil Case No. 1:19-cv-00240-CRC

MANIPAL EDUCATION AMERICAS, LLC et al.

    Defendant, Respondent

## LCvR 26.1 AND FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff hereby submits the following financial disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 26.1 of the Local Rules of the U.S. District Court for the District of Columbia.

    1.    Fed. R. Civ. P. 7. l(a) provides: "A nongovernmental corporate party to an action or proceeding in district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns l0% or more of its stock or states that there is no such corporation."

    2.    Plaintiff is a natural person and not a publicly held corporation.

Plaintiff in this case provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiffs as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiffs' outcome in the case:

None: Plaintiff is a natural person and not a publicly held corporation.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

None: Plaintiff is a natural person and not a publicly held corporation.

Respectfully submitted this 21st day of February, 2019

X _Na'eem O Betz_
Pro Se, Plaintiff Naeem Betz
ALL RIGHTS RESERVED

## [CERTIFICATE OF SERVICE]

**I HEREBY CERTIFY** that on the 21st of February, 2019, I filed the foregoing with the

D.C. Clerk of Court through the CM/ECF system which will automatically send electronic

mail notification of such filing to the CM/ECF registered participants as identified on the

Electronic Mail Notice List.

Jeffrey R. Hamlin  (D.C Bar No. 478256)
1717 Pennsylvania Ave. NW, Suite 650
Washington, DC 20006
(202) 524-4143 -Tel.
(202) 524-4141 - Fax
jhamlin@ifrahlaw.com

*Counsel for Defendants Manipal Education Americas, LLC, and American University of Antigua - College of Medicine*

Mr. Naeem Betz
4244 Hildreth St. SE
Washington, DC, 20019
nobetzo@gmail.com

*- Pro Se Plaintiff*

P.O. BOX 15714
Washington, D.C. 20003

X _Na'eem O Betz_
Pro Se, Plaintiff Naeem Betz
ALL RIGHTS RESERVED