IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NA'EEM BETZ | : |
| | : Civil Case No. 1:19-cv-00240-CRC |
| **Plaintiff** | : |
| | : Honorable Judge Christopher R. Cooper |
| v. | : |
| | : JURY TRIAL DEMANDED |
| MANIPAL EDUCATION AMERICAS, LLC et al. | : |
| | : |
| **Defendant** | : |
| | : |

## NOTICE OF SETTLEMENT

Plaintiff Na'eem Betz, (*pro se)*, who hereby notifies the U.S. District Court for The District of Columbia that a settlement on all claims has been reached between the Defendant(s) Manipal Education Americas, LLC et al., "Representative" for American University of Antigua College of Medicine ("AUA") American International College of Arts and Sciences – Antigua by and through its undersigned counsel, Mr. Jeffrey R. Hamlin. Plaintiff and Defendant(s) are in the process of finalizing, and executing the terms and conditions of the release and settlement agreement documents. Plaintiff request that the court retain jurisdiction over this case until the release and settlement agreement has been fully executed and closed once all the terms and conditions are met. Upon full execution of the same, Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

1

/s/ *Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

NAEEM BETZ
P.O. BOX 15714
WASHINGTON, D.C. 20003-9998

Date: March 1st, 2019

### CERTIFICATE OF SERVICE UNDER FED. R. CIV. P. 5. (d)(1) and LCvR 5.4 (d)(1), (2)

**I HEREBY CERTIFY** on the 1st of March, 2019, I filed the foregoing with the

U.S. District Court's for the District of Columbia through the CM/ECF system which will

automatically send electronic mail notification of such filing delivered to both parties.

The CM/ECF registered participants as identified on the Electronic Mail Notice List are

 Plaintiff Na'eem Betz (*pro se),* and through its undersigned counsel Mr. Jeffrey R. Hamlin for

the Defendant(s) MANIPAL EDUCATION AMERICAS, LLC et al., "Representative" for

American University of Antigua College of Medicine ("AUA") American International College

of Arts and Sciences – Antigua.

> *Jeffrey R. Hamlin (D.C Bar No. 478256)*
> 1717 Pennsylvania Ave. NW, Suite 650
> Washington, DC 20006
> (202) 524-4143 -Tel.
> (202) 524-4141 - Fax
> jhamlin@ifrahlaw.com
> *Counsel for Defendants Manipal Education*
> *Americas, LLC, and American University of*
> *Antigua - College of Medicine*
> *Lead Attorney to be noticed for Defendant*

2

*/s/ Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com

*Plaintiff / Pro Se*

*NAEEM BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*
