**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NA'EEM BETZ** | : | |
| | : | **Civil Case No. 1: l 9-cv-00240-CRC** |
| **Plaintiff** | : | |
| | : | **Honorable Judge  Christopher R. Cooper** |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **MANIPAL EDUCATION AMERICAS,** | : | |
| **LLC et al.** | : | |
| **Defendant** | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PURSUANT TO THE FED.RULES.CIV. P. 41(a)(1)(A)(i)**

Plaintiff Na'eem Betz, (*pro se)*, who hereby notifies the U.S. Federal District Court for

The District of Columbia that a finalized settlement on all claims as been fully executed and

satisfied. The final conditions of settlement agreement / release have been fully executed

between the Defendant(s) Manipal Education Americas, LLC et al., "Representative" for

American University of Antigua College of Medicine ("AUA") American International College

of Arts and Sciences – Antigua by and through its undersigned counsel, Mr. Jeffrey R. Hamlin.

Plaintiff and the Defendant have finalized and executed the terms and conditions of the release

and settlement agreement documents and all conditions have been satisfied completely. Plaintiff

request that the Honorable Court order the Clerk of the Court to close this case immediately.

**CONCLUSION**

**WHEREFORE** the reasons identified above, Plaintiff Naeem Betz requests that the

Court dismiss with prejudice, including all claims under the Telephone Consumer Protection Act

(TCPA) 47 U.S.C. § 227(c)(5) without fees or costs to any party as against the other.

1

Each side will bear its own attorneys' fees and costs. Plaintiff request that the Honorable

Court order the Clerk of the Court to close this case immediately

Respectfully submitted,

/s/ *Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com
*Plaintiff / Pro Se*
*NAEEM BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

Date: March 1st, 2019

## **CERTIFICATE OF SERVICE UNDER FED. R. CIV. P. 5. (d)(1) and LCvR 5.4 (d)(1)(2)**

**I HEREBY CERTIFY** on the 1st of March, 2019, I filed the foregoing with the

U.S. District Court's for the District of Columbia through the CM/ECF system which will

automatically send electronic mail notification of such filing delivered to both parties.

The CM/ECF registered participants as identified on the Electronic Mail Notice List are

 Plaintiff Na'eem Betz (*pro se)* and Defendant(s) Manipal Education Americas, LLC et al.,

"Representative" for American University of Antigua College of Medicine ("AUA") American

International College of Arts and Sciences – Antigua by and through its undersigned counsel

 Mr. Jeffrey R. Hamlin.

> *Jeffrey R. Hamlin (D.C Bar No. 478256)*
> 1717 Pennsylvania Ave. NW, Suite 650
> Washington, DC 20006
> (202) 524-4143 -Tel.
> (202) 524-4141 - Fax
> jhamlin@ifrahlaw.com
> *Counsel for Defendants Manipal Education*
> *Americas, LLC, and American University of*

2

*Antigua - College of Medicine*
*Lead Attorney to be noticed for Defendant*


*/s/ Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
*nobetzo@gmail.com*

*Plaintiff / Pro Se*

*NAEEM BETZ*
*P.O. BOX 15714*
*WASHINGTON, D.C. 20003-9998*

3